# EXHIBIT A

## STEVEN HERETH

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | matchbox twenty | Bent | Mad Season | 305-708 |
| Warner Bros. Records Inc. | Madonna | Into the Groove | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Blondie | The Hardest Part | Eat to the Beat | 12-739 |
| Capitol Records, Inc. | Poison | Unskinny Bop | Flesh and Blood | 119-355 |
| Interscope Records | Smash Mouth | Can't Get Enough of You Baby | Astro Lounge | 264-519 |
| UMG Recordings, Inc. | Godsmack | Immune | Godsmack | 241-879 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | If You Had My Love | On The 6 | 267-571 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| BMG Music | Eve 6 | Leech | Eve 6 | 257-983 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Hail Hail | No Code | 230-851 |